THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEEL TECHNOLOGIES, INC., | CASE NO. C16-1795-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HTC CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue status conference (Dkt. No. 28). This motion is GRANTED. The status conference is rescheduled for June 13, 2017, at 9 a.m.

DATED this 18th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER C16-1795-JCC
PAGE - 1