UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEEL TECHNOLOGIES, INC., | CASE NO. C16-1795-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HTC CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference (Dkt. No. 30). This motion is GRANTED. The status conference is continued from June 13, 2017 to July 25, 2017 at 9 a.m. No further continuances shall be considered.

DATED this 23rd day of May 2017.

    William M. McCool
    Clerk of Court

    /s/Paula McNabb
    Deputy Clerk