THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

PEEL TECHNOLOGIES, INC.,

CASE NO. C16-1795-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

HTC CORPORATION,

13

Defendant.

14

15     The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17     This matter comes before the Court on the parties' stipulated motion to reschedule the

18   status conference (Dkt. No. 34). This motion is GRANTED. The status conference is

19   rescheduled from July 25, 2017 to November 21, 2017 at 9 a.m. The Court will not grant any

20   further continuances of the status conference.

21

22     DATED this 18th day of July 2017.

23

William M. McCool
Clerk of Court

24

25

/s/Paula McNabb
Deputy Clerk

26

MINUTE ORDER C16-1795-JCC
PAGE - 1