THE HONORABLE JOHN COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEEL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | NO. 2:16-CV-01795-JCC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY AGREED AND STIPULATED by and between the undersigned attorneys of record on behalf of their clients that all causes of action and claims for relief by Plaintiff Peel Technologies, Inc. and HTC Corporation in this case be dismissed with prejudice and without award of attorney's fees or costs to either party.

| | |
|---|---|
| Stipulated and Agreed this 24th day of January, 2018. | Stipulated and Agreed this 24th day of January, 2018. |
| TOUSLEY BRAIN STEPHENS PLLC | FOX ROTHSCHILD LLP |
| By:  /s/ Jason T. Dennett  <br> Jason T. Dennett, WSBA #30689 <br> Email:  jdenett@tousley.com <br> 1700 Seventh Avenue, Suite 2200 <br> Seattle, Washington  98101 <br> Telephone:  206.682.5600 <br> Fax: 206.682.2992 <br> *Attorneys for Plaintiff* | By:  /s/ Gavin W. Skok  <br> Gavin W. Skok, WSBA #29766 <br> Email:  gskok@foxrothschild.com <br> 1001 Fourth Avenue, Suite 4500 <br> Seattle, Washington  98154 <br> Telephone:  206.624.3600 <br> Fax:  206.389.1708 <br> *Attorneys for Defendant* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (2:16-CV-01795-JCC) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

THIS MATTER having come before the undersigned on the foregoing stipulation of the parties, the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted by both parties in the above-captioned matter are dismissed with prejudice in their entirety and without fees or costs to any party.

DONE IN OPEN COURT this ____ day of _____, 2018.

_____
THE HONORABLE JOHN COUGHENOUR
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL (2:16-CV-01795-JCC) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Presented by: |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
| 3 | |
| 4 | By: */s/ Jason T. Dennett*<br>Jason T. Dennett, WSBA #30686 |
| 5 | Email: jdennett@tousley.com<br>1700 Seventh Avenue, Suite 2200 |
| 6 | Seattle, WA 98101<br>Tel: (206) 682-5600/Fax: (206) 682-2992 |
| 7 | *Attorneys for Plaintiff* |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL (2:16-CV-01795-JCC) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED at Seattle, Washington, this 24th day of January, 2018.

*/s/ Jason T. Dennett*
Jason T. Dennett, WSBA #36089
jdennett@tousley.com

6265/001/491623.1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (2:16-CV-01795-JCC) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992